**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE:<br><br>GARY LEE BLEVINS<br><br>   Debtor | Case No. 18-36291-KRH<br>Chapter 7 |
| NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>   Movant<br>v.<br><br>GARY LEE BLEVINS<br>2710 McKenzie Lane<br>Fredericksburg, VA 22408<br><br>and<br><br>PETER J. BARRETT<br>CHAPTER 7 TRUSTEE<br>Kutak Rock, LLP<br>901 East Byrd Street, Suite 1000<br>Richmond, VA 23219<br><br>   Respondents | Motion No. |

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 74075

MARK D. MEYER, ESQ.
VA BAR 74290

## **CONSENT ORDER MODIFYING AUTOMATIC STAY**

This matter was before the court on February 20, 2019 the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, for relief from the automatic stay with respect to the real property located at 2710 McKenzie Lane, Fredericksburg, VA 22408 and more particularly described as follows:

Situate, lying and being in the County of Spotsylvania, Virginia, to wit:

Lot 93, Section 4, River Club Subdivision, on that certain Plat of Subdivision made by Webb and Associates, dated August 13, 2002 and as last revised and recorded in the Clerk's Office of the Circuit Court of Spotsylvania County, Virginia as Instrument Number 200200032050.

Being the same parcel conveyed to Gary Lee Blevins, unmarried from James A. Lewis and Latanya E. Lewis, husband and wife, by virtue of a Deed dated 2/20/2007, recorded 2/26/2007, as Instrument No. LR20070005775, County of Spotsylvania, State of Virginia.

Upon consideration of which, it is

**ORDERED:**

1. That relief is granted as to the only the Debtor's interest in the property.
2. That the Chapter 7 Trustee will have 120 days from the date of entry of this Order to sell the property and payoff the Movant in full; and

   Make payments payable to:

   Nationstar Mortgage LLC d/b/a Mr. Cooper
   Attn: Payment Processing
   PO Box 619094
   Dallas, TX 75261-9741

3. In the event the Trustee has not sold the property within 120 days of this order or if the Trustee files a Report of No Distribution, the automatic stay shall terminate without further notice or order.
4. Upon termination of the stay, relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Richmond-Eastern, Virginia          Feb 26 2019

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Feb 26 2019

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 74075

MARK D. MEYER, ESQ.
VA BAR 74290

ENDORSEMENTS of

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

/s/ Robert Easterling
Robert Easterling, Esquire

/s/_Peter J. Barrett_
Peter J. Barrett, Trustee

    The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Local Rule 9022-1 (C) Certification

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Copy to:
Mark D. Meyer, Esq.
Robert Easterling, Esquire
Peter J. Barrett

Copy Mailed to:
Gary Lee Blevins

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 74075

MARK D. MEYER, ESQ.
VA BAR 74290