**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
(804) 644-1700
*Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| Gary Blevins, | ) Case No. 18-36291 (KLP) |
| Debtor. | ) |

### ORDER GRANTING THE CHAPTER 7 TRUSTEE'S APPLICATION AND AUTHORIZING AND APPROVING THE TRUSTEE'S RETAINMENT OF BK GLOBAL REAL ESTATE SERVICES NUNC PRO TUNC TO MARCH 20, 2019 TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327

NOW the above-captioned matter comes before this Court upon the Application of the Chapter 7 Trustee, Peter J. Barrett, by and through his counsel of record, pursuant to 11 U.S.C. § 327, requesting approval and authority to retain BK Global Real Estate Services in this proceeding; and it appearing that the relief requested in the Application is appropriate and the good cause otherwise exists to grant the relief provided for herein, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is approved.

2. BK Global Real Estate Services is authorized to be employed by the Trustee, *nunc pro tunc* to March 20, 2019, and the Trustee is authorized to enter into the Real Estate Listing Agreement with BK Global Real Estate Services.

3. BK Global Real Estate Services shall be compensated in accordance the listing agreement and the Application, pursuant to Sections 327, 328(a) and 330 of the Bankruptcy

4812-1290-1259.1

Code, and the approval of the Court.

4.  No further service of this Order is required as all necessary parties shall receive service via CM/ECF.

| | |
|---|---|
| Dated: Mar 28 2019 | /s/ Kevin R Huennekens |
| Richmond, Virginia | UNITED STATES BANKRUPTCY JUDGE |

Entered on Docket: Mar 28 2019

I ask for this:

/s/ Peter J. Barrett, Trustee
Peter J. Barrett (VA 46179)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4709
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192
Peter.Barrett@kutakrock.com
*Chapter 7 Trustee*

Seen and No Objection:

/s/ Robert Van Arsdale
Robert Van Arsdale
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219
*United States Trustee*

4812-1290-1259.1

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Peter J. Barrett, Trustee

4812-1290-1259.1